IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BRANDON MOYE, SR., | No. 3:20-cv-00701-YY |
| Plaintiff, | ORDER |
| v. | |
| TRIMET, | |
| Defendant. | |

HERNÁNDEZ, District Judge:

    Magistrate Judge You issued a Findings and Recommendation on September 23, 2021, in which she recommends that the Court grant Defendant's Motion to Dismiss. F&R, ECF 23. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge You's Findings and Recommendation No. 23. Accordingly, Defendant's Motion to Dismiss [19] is GRANTED.

IT IS SO ORDERED.

DATED:  November 16, 2021  .

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER